Arnot Meek, appellee, v. Eldred Drainage and Levee District, appellant. Gen. No. 9,003.

Heard in this court at the January term, 1937. Opinion filed April 16, 1937. Rehearing denied October 5, 1937.

F. A. Whiteside and Clement L. Smith, for appellant; Wm. G. Vogt, of counsel. Paul M. Hamilton and Gilbert K. Hutchens, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

James Howat et al., appellants, v. International Union United Mine Workers of America et al., appellees. Gen. No. 9,038.

Heard in this court at the January term, 1937. Opinion filed April 16, 1937. Rehearing denied October 5, 1937.

George W. Dowell and Nobel Y. Dowell, for appellants. Thurlow G. Lewis, Charles Schaefer and Gillespie, Burke & Gillespie, for appellees.

Per Curiam.

# FOURTH DISTRICT.

Thelma Enloe, appellee, v. American Family Protection, Inc., appellant.

Heard in this court at the October term, 1936. Opinion filed June 3, 1937.

Meyer & Meyer, for appellant. Hoiles & Sharp, for appellee.

Mr. Justice Murphy delivered the opinion of the court.